**BRILL LEGAL GROUP, P.C.**   Tel: (888) 315-9841 | www.brill-legal.com

Peter E. Brill
David Gray
Mitchell Hirsch*
Rita Bonicelli*
Matthew Haicken*
James Moschella*
*Of Counsel

February 22, 2023

Hon. Valerie Figueredo
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

> Application Granted
> Valerie Figueredo, U.S.M.J.
> DATED: 2-22-2023
> The defendant's request is granted.

      **Re:**    *USA vs. Phya Scott*
            **22-mj-09613**

Dear Judge Figueredo:

    I represent Phya Scott. Unfortunately, Ms. Scott's father passed away last week. The funeral is in St. Petersburg, Florida this weekend.

    I am respectfully requesting that Ms. Scott be allowed to travel to St. Petersburg, Florida tomorrow and return February 28, 2023.

    I have spoken with Pre-Trial Services and the government, and there is no objection to my request.

    Thank you for your consideration.

                                        Respectfully submitted,

                                        Peter E. Brill